No. 11–5716. TAYLOR *v.* SHELTERED WORKSHOP FOR THE DIS-ABLED, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5720. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5722. STOKES *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 11–5723. STILLIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5724. GARCIA RICO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5725. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5727. LESTER *v.* TUCKER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5729. MARINO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5730. ARGELIO ANGEL *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–5732. CHAPLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5734. BRADLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5736. WATERS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–5742. CAMPBELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5743. XAYAVONGSANE *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–5745. MULTANI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.